MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

PAUL D. FEAKER,

    Plaintiff,

vs.                                         No. 2:12-cv-00839

TRANS UNION LLC,

    Defendant.

CERTIFICATE AS TO INTERESTED PARTIES

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Plaintiff certifies that the following have an interest in the outcome of this case:

There are no known interested parties other than Plaintiff(s) and Defendant(s) participating in this case.

DATED:  May 17, 2012.

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd. #95
Las Vegas, Nevada  89102
Attorney for Plaintiff