1  **Darrell D. Dennis, ESQ.**
   Nevada Bar No. 6618
2  **Jason G. Revzin, ESQ.**
   Nevada Bar No. 8629
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   6385 S. Rainbow Blvd, Suite 600
4  Las Vegas, NV  89118
   Telephone: (702) 893-3383
5  Facsimile:  (702) 893-3789
   Email: dennis@lbbslaw.com
6  Email: revzin@lbbslaw.com
   **COUNSEL FOR TRANS UNION LLC**
7

8

                    **UNITED STATES DISTRICT COURT**
9              **DISTRICT OF NEVADA - LAS VEGAS DIVISION**

10  PAUL D. FEAKER,                          Case No. 2:12-cv-00839-GMN-CWH

11                    Plaintiff,

12  v.                                       **DEFENDANT TRANS UNION LLC'S**
                                             **RULE 7.1 CORPORATE DISCLOSURE**
    TRANS UNION LLC,                         **STATEMENT**
13
                    Defendants.
14

15          Defendant Trans Union LLC ("Trans Union"), through its undersigned counsel and

16  pursuant to Federal Rules of Civil Procedure 7.1, hereby certifies the following listed parties

17  have a direct, pecuniary interest in the outcome of this case.  These representations are made to

18  enable the Court to evaluate possible disqualification or recusal.

19          1.      Parent Companies:    Trans Union LLC is wholly owned by TransUnion Corp.,

20  which is wholly owned by TransUnion Holding Company, Inc. TransUnion Holding Company,

21  Inc., is jointly owned by a number of non-public funds affiliated with Advent International Corp.

22  and GS Capital Partners. GS Capital Partners is an affiliate of Goldman Sachs Group, Inc., a

23  publicly traded entity.

24  / / /

25  / / /

26  / / /

27  / / /

28

---

2.      No public company owns 10 percent or more of the stock in Trans Union LLC.

DATED: July 15th, 2012.          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

Darrell D. Dennis, ESQ.
Nevada Bar No. 6618
Jason G. Revzin, ESQ.
Nevada Bar No. 8629

6385 S. Rainbow Blvd, Suite 600

Las Vegas, NV  89118
Telephone: (702) 893-3383
Facsimile:  (702) 893-3789

Email: dennis@lbbslaw.com

Email: revzin@lbbslaw.com

**CERTIFICATE OF SERVICE**

This is to certify that on the ____ of July, 2012, I filed **DEFENDANT TRANS UNION LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mitchell D. Gliner
inbox@glinerlaw.com
Law Offices of Mitchell D. Gliner
3017 W. Charleston Blvd., Suite 95
Las Vegas, NV 89102
Telephone: (702) 870-0034
Facsimile:  (702) 870-0034
***Counsel for Plaintiff***

An Employee of
**LEWIS BRISBOIS BISGAARD & SMITH LLP**